UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
FRANKFORT

| | | |
|---|---|---|
| ADAM FENDER, | ) | |
| | ) | |
| Plaintiff, | ) | Civil No. 3:18-cv-18-GFVT |
| | ) | |
| V. | ) | |
| | ) | **JUDGMENT** |
| MIKE HUMPHREY, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

\*\*\*  \*\*\*  \*\*\*  \*\*\*

In accordance with the Memorandum Opinion and Order, and pursuant to Rule 58 of the

Federal Rules of Civil Procedure, it is **ORDERED AND ADJUDGED**:

1. Judgment is **ENTERED** in favor of the Defendant;

2. This is a **FINAL** and **APPEALABLE ORDER** and there is no just cause for delay;

3. All issues having been resolved, this case is **STRICKEN** from the active docket.

This the 13th day of March, 2019.

Gregory F. Van Tatenhove
United States District Judge